## AFFIDAVIT

I, Marco A. Ayub, having been duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the United States Department of State, Diplomatic Security Service ("DSS"), and have been employed by the United States government since May 2006. I have successfully completed a training program in conducting criminal investigations at the Federal Law Enforcement Training Center in Brunswick, Georgia, and an advanced training program with the DSS in Dunn Loring, Virginia. I am also a graduate of the Cook County (IL) Sheriff's Police Academy and served as a police officer for the Evanston, Illinois Police Department. I have a bachelor's degree from Northwestern University. My current duties as a DSS Special Agent include conducting investigations involving the fraudulent acquisition, production, and misuse of United States and foreign passports, United States visas, and identity documents. I am familiar from my training and experience with the methods, routines, and practices of document counterfeiters, vendors, and other persons who fraudulently obtain or assume false identities. I know that it is a violation of Title 18, United States Code, Section 1542 to willfully and knowingly make any false statement in an application for a passport with intent to induce or secure the issuance of a passport under the authority of the United States. Furthermore, I know that it is a violation of Title 18, United States Code, Section 1543 to willfully and knowingly use, or attempt to use, a mutilated, or altered passport, or any passport validly issued which has become void by the occurrence of any condition therein prescribed invalidating the same.

2.      The information set forth in this affidavit is based on my investigation as well as information provided to me by the Boston Police Department and other government agencies. In submitting this affidavit, I did not include each and every fact known to me concerning this investigation, but only those facts that I believe are relevant to establish probable cause in support of a criminal complaint and the issuance of a criminal complaint charging Jeffrey OZUNA, a/k/a Howard Edward BOND, with: (1) making false statements in the application for a United States passport, in violation of Title 18, United States Code, Section 1542; and (2) use of a mutilated or altered passport, in violation of Title 18, United States Code, Section 1543.

3. On March 19, 2008, an individual identifying himself as Howard Edward BOND (the "SUBJECT") appeared in person at the Boston Passport Agency in Boston, Massachusetts, and applied for a United States passport by submitting an application (Form DS-11), two passport sized photographs of himself, and the required fee. As proof of identity and citizenship, the SUBJECT presented an expired United States passport (No. 111523557), in the name of Howard Edward BOND. In the presence of the Passport Acceptance Clerk, the SUBJECT swore that the statements made on the DS-11 application for a new United States passport were true and correct. The DS-11 application for a United States passport was accepted and forwarded for processing, along with the photographs and expired passport.

4. The Fraud Prevention Office reviewed the DS-11 submitted by the SUBJECT, along with the photographs and the expired passport provided as identification, and forwarded them to the Boston Field Office for additional investigation. The Fraud Prevention Office specializes in the detection of altered and fraudulent passports, as well as fraudulent passport applications. The Fraud Prevention Office determined that the passport provided as proof of identity by the

SUBJECT was an altered, photo-substituted passport. The passport had been tampered with and the original photograph had been removed from the biographical page and replaced with a different photograph.

5. On March 19, 2008, I conducted a record check of the United States Department of State Consular Affairs Database for a record of Howard Edward BOND. State Department records disclosed that an individual named Howard Edward BOND was issued passport No. 111523557 by the New York Passport Agency on April 28, 1997. A comparison of the photograph of Howard Edward BOND in State Department records and the photograph of the SUBJECT submitted with his DS-11 application clearly shows two different individuals.

6. On March 19, 2008, I conducted a records check of the Treasury Enforcement Communication System ("TECS") for a record of the SUBJECT. The TECS system showed two separate criminal histories associated with the SUBJECT'S identity. FBI No. 80990EA7 and FBI No. 249648KA5 are both associated with the Howard Edward BOND identity, but belong to two different individuals with different fingerprints.

7. On March 19, 2008, I received two sets of arrest photographs from the Boston Police Department associated with FBI #80990EA7. Both sets of photographs match the likeness of the photograph attached to the DS-11 application submitted by the SUBJECT. The SUBJECT used the name Edward Bond on one of the arrests, and the name Julio Marcos TROCHE on the other. The Boston Police Department confirmed that the SUBJECT had also been arrested using the name Jeffrey OZUNA.

8. On March 19, 2008, I conducted checks through the databases of the Massachusetts Registry of Motor Vehicles ("RMV") for the names Edward BOND and Julio TROCHE.

Driver's licenses had been issued under both names. The RMV photographs for both licenses matched the likeness of the photograph attached to the DS-11 application submitted by the SUBJECT.

9. On March 20, 2008 SUBJECT presented himself at the Boston Passport Agency. After identifying ourselves as Special Agents with the Diplomatic Security Service, Special Agent Shea and I advised SUBJECT of his Miranda rights. SUBJECT read a copy of the Miranda warnings and signed understanding his rights. I advised him that he was in custody. SUBJECT voluntarily stated that his true name was not Howard Edward BOND. Subject stated that his true name was Jeffrey OZUNA. SUBJECT later stated that his name at birth was Jeffrey Rafael CABRERA. SUBJECT stated that he was born in the Dominican Republic on April 13, 1966. SUBJECT stated that he purchased identity documents including passport #111523557 from the true Howard Edward BOND.

10. Based upon the preceding information, I believe that probable cause exists to conclude that, on March 19, 2008, Jeffrey OZUNA, a/k/a Howard Edward BOND, did willfully and knowingly make a false statement on an application for a United States passport with the intent to induce or secure the issuance of a passport under the authority of the United States, either for his use or the use of another, in violation of Title 18, United States Code, Section 1542.

11. Based upon the preceding information, I believe that probable cause exists to conclude that, on March 19, 2008, John DOE, a/k/a Howard Edward BOND, did willfully and

knowingly use, and attempt to use a false, forged, counterfeited, mutilated, and altered passport, in violation of Title 18, United States Code, Section 1543.

_____
MARCO A. AYUB
Special Agent
U.S. Department of State
Diplomatic Security Service

Sworn and subscribed to me this 20th day of March 2008.

_____
MARIANNE B. BOWLER
United States Magistrate Judge